United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40180
Conference Calendar

_____

ROBERT HADDIX, JR.,

                                        Plaintiff-Appellant,

versus

STEPHANIE STEPHENS, Assistant District Attorney; JAY
JACKSON, Attorney at Law; JOHN HEATH, JR., Attorney at Law,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:03-CV-254
--------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Robert Haddix, Jr., Texas prisoner # 1175826, filed a 42

U.S.C. § 1983 complaint alleging that the defendants had

conspired to deny him a fair and impartial trial.  The district

court held that Haddix's claims were barred by Heck v. Humphrey,

512 U.S. 477 (1994).  Haddix has failed to brief the district

court's Heck determination, and, therefore, that issue is waived

and unreviewable.  See Yohey v. Collins, 985 F.2d 222, 224-25

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1993).  He consequently cannot show the district court's resolution of his claims to be erroneous.

Haddix's appeal therefore lacks arguable merit and is dismissed as frivolous.  <u>See</u> 5TH CIR. R. 42.2; <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Haddix is warned that the dismissal of this appeal as frivolous counts as a strike for purposes of 28 U.S.C. § 1915(g).  <u>See</u> <u>Adepegba v. Hammons</u>, 103 F.3d 383, 387 (5th Cir. 1996).  We warn Haddix that once he accumulates three strikes, he may not proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.  <u>See</u> 28 U.S.C. § 1915(g).

APPEAL DISMISSED; STRIKE WARNING ISSUED.